**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol S. Fuller, | No. CV 07-0447-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion for an extension of time to file an appeal, filed pursuant to Rule 4(a)(5)(A) of the Federal Rules of Appellate Procedure.[1] Defendant has not responded to this motion.

Rule 4(a)(5)(A) gives district courts the discretion to "extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) . . . that party shows excusable neglect or good cause." Both of these prerequisites are met in this case. First, Plaintiff's motion is timely. Judgment was entered on April 1, 2008. Because a U.S. agency is a party, Plaintiff had 60 days within which to file her notice of appeal. *See* Fed. R. App. P. 4(a)(1)(B). Plaintiff filed her motion for extension

---

[1] Plaintiff's counsel is advised to review Local Rule of Civil Procedure 7.3, as the motion for extension of time fails to comply with this rule, and this failure is grounds for the denial of the motion. In its discretion, the Court has chosen to overlook counsel's error in this instance.

1 of time on June 12, 2008, within 2 weeks after this 60-day period expired, and well within
2 the 30 days provided for under Rule 4(a)(5)(A)(ii).  Second, Plaintiff has shown good cause
3 for an extension.  Due to Plaintiff's counsel's inadvertent mistake of mailing a copy of the
4 Notice of Judgment to Plaintiff's old address, Plaintiff did not receive notice of this Court's
5 judgment until after the time for filing a notice of appeal had expired.
6     Accordingly,
7     **IT IS ORDERED** that Plaintiff's Motion for Extension of Time (Doc. # 25) is
8 **GRANTED**.  Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(C), Plaintiff has 10
9 days from the date of this order in which to file a notice of appeal.
10     DATED this 1st day of July, 2008.

_____
James A. Teilborg
United States District Judge